IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 08–cr–00074–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOVON MELVIN LEE SMITH,
    a/k/a "YUK",

2. DORIAN MARCEL WHITESIDE,
    a/k/a "Tiny P",

    Defendants.

---

## SECOND ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Chief Judge
Kathleen L. Weckwerth, Secretary

    This matter is set for a five-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Tuesday, **May 27, 2008**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse. Therefore, it is

    **ORDERED** that the deadline for filing all motions is <u>April 25, 2008</u>. All responses shall be filed by <u>May 2, 2008</u>. A hearing on the motions, if necessary, is set for **May 8, 2008**, at 2:15 o'clock p.m. It is further

1

**ORDERED** that a change of plea hearing is scheduled to commence at 10:00 o'clock a.m. on Thursday, **May 15, 2008**. The deadline for submitting the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Tuesday, May 13, 2008.

Dated: April 14, 2008